# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| Benjamin Mahin, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 09-cv-229 RHK/SRN |
| vs. | ) | |
| | ) | |
| Diversified Adjustment Service, Inc., | ) | |
| and John Doe, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 7, 2009

 s/ Richard H. Kyle
RICHARD H. KYLE
United States District Judge